UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| v. § | No.  1:24-CR-00100-RP |
| § | |
| **(11) RODERICK FLETCHER,** § | |
| *Defendant* § | |

## ORDER

Before the Court is the U.S. Pretrial Services Office's Petition for Action on Conditions of Pretrial Release, Dkt. 414. In accordance with the Federal Rules of Criminal Procedure and 18 U.S.C. § 3148, the Court held a hearing on the petition on February 27, 2025.

Following his arrest and initial detention in May 2024, Fletcher was released pursuant to an Order Setting Conditions of Release that included, among other things, a requirement that Fletcher submit to drug testing and participate in substance-abuse treatment as directed by Pretrial Services. Dkt. 205. On two separate occasions, the Court has taken no action on bond-violation notices filed by Pretrial Services stating that Fletcher has tested positive for cocaine use on multiple occasions while on release. *See* Dkt. 414, at 1 (citing bond-violation notices submitted to the undersigned in February and October 2024 notifying the Court of at least four positive tests for cocaine use). Instead, the Court opted instead to permit Fletcher to continue his outpatient drug-abuse treatment. Despite being given multiple

1

opportunities to address his drug abuse, Fletcher continues to use cocaine. *See id.* (citing a January 2025 positive cocaine test).

At the hearing on Pretrial's petition, Fletcher's counsel urged the Court to allow Fletcher to remain on release, so he can support his family. But Fletcher's continued violative conduct demonstrates that he is either unwilling or unable to abide by the condition prohibiting illegal drug use, despite his family's reliance on him.

Having considered the original pretrial services report, the docket, the petition, the evidence proffered, and the arguments of counsel, the Court concludes that there is clear and convincing evidence that Fletcher knowingly violated the terms and conditions of his pretrial release.

The Court also finds that based on the factors set forth in Title 18, United States Code § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will abide by any condition or combination of conditions of release.

The Court therefore **ORDERS** that Fletcher's previous release on conditions is **REVOKED** and Fletcher be **DETAINED** pending further proceedings in this case.

### DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SIGNED February 27, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE